UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR OLGUIN,<br><br>  Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | CASE NO. 00-CV-1969 W<br>96-CR-1098 W<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** |

On January 18, 2006, Petitioner Salvador Olguin ("Petitioner"), a federal prisoner proceeding *pro se*, submitted a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2255. [Doc. No. 136.] On July 14, 2007, this Court issued an Order Denying Petitioner's Request for a Writ of Habeas Corpus. [Doc. No. 143.]

Meanwhile, on July 9, 2007, Petitioner filed an application with the Ninth Circuit for authorization to file a second or successive 28 U.S.C. § 2255 motion. On September 12, 2007, the Ninth Circuit denied the application and ordered that "[n]o petition for rehearing or motion for reconsideration shall be filed or entertained in this case." [Doc. No. 147.]

//

//

//

1   On November 9, 2007, Petitioner filed a "Memorandum Of Law In Support Of Petition Pursuant To 'Title 18, United States Code, Section § 3582(c)(2)' and 'United States Sentencing Guidelines §§§ 1B1.10, 2D1.1(c), 4A1, 2(c)' For Re-Sentencing As To The Intervening Change 'In Any Illicit Drug' 'Methamphetamine, Marijuana, Herion [sic], Powder Cocaine' and 'Criminal History Category and Points Guideline.'" [Doc. No. 151.] Because the motion challenges Petitioner's sentence and was filed in Petitioner's habeas case, the Court construes the motion as another Petition for Writ of Habeas Corpus under 28 U.S.C. § 2255.

In light of the Ninth Circuit's September 12, 2007 order, this Court cannot rule on the merits of Petitioner's claim. The Petition [Doc. No. 151] is therefore **DENIED** and the Clerk of the Court shall close the district court file.[1]

**IT IS SO ORDERED**.

DATED: January 8, 2008

Hon. Thomas J. Whelan
United States District Judge

---

[1] Even if the Petition was construed as a motion for reconsideration of this Court's prior Order Denying Petitioner's Request for a Writ of Habeas Corpus, the Court could not decide the motion because the Ninth Circuit ordered that no "motion for reconsideration shall be filed or entertained in this case." [See Doc. No. 147.]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28